Appeal No. 78-318. LOUIS R. LUPO *v.* NURSERY ORIGINALS, INC. Appellant's decree for stay of the decree of the Worker's Compensation Commission pending appeal is granted and this case is assigned to the February, 1979 calendar for oral argument. The appellant's brief shall be filed on or before November 30, 1978 and the appellee's brief shall be filed on or before December 30, 1978. *Higgins & Slattery, William C. Dorgan,* for appellee. *Roberts & Willey Incorporated, Bruce G. Tucker,* for appellant.

M. P. No. 78-337. WILLIAM J. TOOHEY *v.* FRANK BENZA *et al.* The petition for writ of certiorari is granted. The stay previously entered in this case is continued until further order of this court. *William J. Toohey,* City Solicitor, for petitioner. *Thomas A. Lynch,* for respondents.